Troy R. NORRED, M.D., Appellant

v.

MEDTRONIC, INC., Medtronic Vascular, Inc., Medtronic Corevalve, LLC, Appellees

Troy R. Norred, M.D., Appellant

v.

Medtronic, Inc., Medtronic Vascular, Inc., Medtronic Corevalve, LLC, Appellees

Troy R. Norred, M.D., Appellant

v.

Medtronic, Inc., Medtronic Vascular, Inc., Medtronic Corevalve, LLC, Appellees.

Nos. 2015–1731, 2015–1874, 2016–1031.

United States Court of Appeals, Federal Circuit.

May 10, 2016.

James J. Kernell, Erickson, Kernell, Derusseau & Kleypas, LLC, Leawood, KS, argued for appellant. Also represented by David Louis Marcus, Bartle & Marcus LLC, Kansas City, MO.

John C. O'quinn, Kirkland & Ellis LLP, Washington, DC, argued for appellees. Also represented by William H. Burgess; Jack S. Barufka, Pillsbury Winthrop Shaw Pittman LLP, McLean, VA; Evan Finkel, Los Angeles, CA.

Thomas W. Krause, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor Michelle K. Lee. Also represented by Scott Weidenfeller, Mary L. Kelly, Farheena Yasmeen Rasheed, Monica Barnes Lateef.

Before PROST, Chief Judge, DYK and REYNA, Circuit Judges.

PER CURIAM.

Having heard and considered case numbers 20151731, 2015–1874, and 2016–1031, we affirm the decisions of the Patent Trial and Appeal Board in case numbers 2015–1731 and 2015–1874. Based on the affirmance of those two cases, we dismiss as moot case number 2016-1031.

**AFFIRMED** AS TO 2015–1731, 2015–1874 **AND DISMISSED** AS TO 2016–1031.